# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

KENNETH MANNING,

    *Plaintiff*,

vs.

STATE OF NEVADA, *et al.*,

    *Defendants*.

2:13-cv-01222-GMN-PAL

**ORDER**

This **CLOSED** prisoner civil rights action comes before the Court on Plaintiff's Motions (ECF Nos. 6, 7) to Strike the Court's Order (ECF No. 4) and the Clerk's Judgment (ECF No. 5) dismissing this action without prejudice. The motions were filed within the time for seeking relief under Rule 59 of the Federal Rules of Civil Procedure.

The motions will be denied. Plaintiff states in the motions only that he "would like the court to strike documentation from the record of the month of November from when it was filed." The action is closed and shall remain so.

The Court cautioned plaintiff in the prior order that he is running out of warnings regarding vexatious and frivolous filings. Continued vexatious and frivolous filings in this action will result in a referral to correctional authorities for consideration of imposition of disciplinary sanctions and/or loss of accrued sentencing credits.

**IT THEREFORE IS ORDERED** that the Motions (ECF Nos. 6, 7) to Strike are **DENIED**.

**DATED** this 3rd day of December, 2013.

                                                 _____
                                               Gloria M. Navarro
                                               United States District Judge